PATE, Respondent, v. MAXWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by Charles J. Pate against Augustus E. Maxwell.

PER CURIAM. Judgment affirmed, with costs. Held that, it not appearing that the case

upon appeal contains all the evidence and proceedings upon the trial, it must be assumed that there is sufficient evidence to sustain the findings of the referee.